# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 29, 2007

134357

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

RONALD D. GERMAN, SUSAN L. GERMAN, RACHEL L. NEWMAN, and PATRICIA LEE KIGER,
      Plaintiffs-Appellees,

v

ERIC S. LEFORGE and TAMMY D. LEFORGE,
      Defendants-Appellants,

and

CHASE HOME FINANCE, f/k/a CHASE MORTGAGE COMPANY,
      Third-Party Defendant.

_____/

SC: 134357
COA: 274224
Jackson CC: 05-005225-CH

On order of the Court, the application for leave to appeal the May 24, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 29, 2007

Clerk

s1022